188

## Hubbard PHELPS et al.

v.

## BAY STREET REALTY CORPORATION.

### No. 78–315–A.

Supreme Court of Rhode Island.

March 5, 1980.

Edwards & Angell, John H. Blish, Swan, Jenckes, Asquith & Davis, Andrew H. Davis, Jr., Providence, for plaintiffs.

S. Thomas Cotroneo, Johnston, for defendant.

### ORDER

This case is assigned to the April, 1980 *show cause* calendar. The plaintiffs are directed to appear and show cause why their appeal should not be dismissed in light of their failure to seek to preserve the status quo pending appeal; in view of their failure to challenge below the procedure whereby a second justice rendered a decision on preliminary and permanent injunction based in part upon testimony adduced before another justice at the hearing on a temporary restraining order; and, further, in view of the fact that the validity of the parking lot license is now a moot issue.

## STATE

v.

## Verlin CLARK, Jr.

### No. 80–97–M.P.

Supreme Court of Rhode Island.

March 5, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff-respondent.

William F. Reilly, Public Defender, Allegra E. Munson, Marvin E. Clemons, John A. MacFadyen III, Asst. Public Defenders, for defendant-petitioner.

### ORDER

The petitioner's motion for stay of a Superior Court order denying a continuance of the trial of petitioner is hereby denied.

## Edwin M. BOSLER

v.

## Mitchell SUGARMAN.

### No. 79–292–A.

Supreme Court of Rhode Island.

March 13, 1980.

Temkin, Merolla & Zurier, Amedeo C. Merolla, Barry J. Kusinitz, Providence, for plaintiff.

Smith & Smith, Incorporated, Z. Hershel Smith, Providence, for defendant.

### ORDER

This case came before the court on plaintiff's motion pursuant to Rule 16(g) to affirm a judgment of the Superior Court entered by default against the defendant for failure to make discovery. After hearing the arguments of counsel, the motion to affirm is hereby denied.